### 24961. MOORE *v.* THE STATE.

GUERRY, J. The evidence supports the verdict, no error of law is complained of, and the court did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED AUGUST 2, 1935.

*Leward Hightower, R. R. Shropshire,* for plaintiff in error.
*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.